–––OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

**OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
PRIVATE USE**

UNITED STATES POSTAGE

PITNEY BOWES

0 2 1M
0004279596

$ 00.26⁵

JAN 22 2015

MAILED FROM ZIP CODE 78701

1/21/2015

HARRISON, WILLIAM BUFORD  Tr. Ct. No. 644449-C        WR-36,092-03

The Court has dismissed without written order this subsequent application for a writ of habeas corpus. TEX. CODE CRIM. PROC. Art. 11.07, Sec. 4(a)-(c).

Abel Acosta, Clerk

WILLIAM BUFORD HARRISON



UTF

EBN3B 77002